UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Brenda Hardin v. Bayer HealthCare Pharmaceuticals Inc., et al*          No. 3:09-cv-10024-DRH

*Natosha Gambill v. Bayer HealthCare Pharmaceuticals Inc., et al*          No. 3:10-cv-10143-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 16, 2013, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Sara Jennings*
       **Deputy Clerk**

Dated:  August 26, 2013

Digitally signed by
David R. Herndon
Date: 2013.08.26
12:09:14 -05'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT